UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEROD LEON NIELSON,<br><br>Defendant. | Case No. 1:16-cr-00146-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

### INTRODUCTION

Before the Court are Jerod Nielson's Motions for Compassionate Release. Dkt. 122, 124. The Government opposes the motions. Dkt. 125. After considering the briefing and record, the Court will deny the motions.

### BACKGROUND

In 2017, Nielson pled guilty to possession with intent to distribute methamphetamine, cocaine, and heroin, and was sentenced to 97 months incarceration. The first time Nielson was stopped by police, the officer found an assault rifle in the vehicle Nielson had rented. *PSR*, Dkt. 85. Nielson was held responsible for 801 grams of pure methamphetamine, 193 grams of heroin, and 118 grams of cocaine. *Id.* Nielson has previous convictions for controlled

**MEMORANDUM DECISION AND ORDER - 1**

substance offenses, driving under the influence, and resisting arrest.

Nielson has served approximately 55 months of his sentence. His projected release date is May 15, 2022. Nielson is currently incarcerated at FPC Yankton, which has no active cases of COVID-19. https://www.bop.gov/coronavirus/ (last accessed February 11, 2021).

Nielson is 39 years old, is obese, and suffers from Vitamin D deficiency, sleep apnea, and hyperlipidemia (high cholesterol). Dkt. 125-3. Nielson seeks compassionate release because of his risk of severe symptoms if he contracts COVID. He also seeks compassionate release to care for his sons, and because he alleges he has done well in prison – completing job training and significant BOP programming.

## LEGAL STANDARD

Mr. Nielson seeks compassionate release under 18 U.S.C. 3582(c)(1)(A). To grant compassionate release, a district court must, as a threshold matter, determine whether a defendant has exhausted his or her administrative remedies. *Id*. If the exhaustion requirement is met, the court must consider the 18 U.S.C. § 3553(a) factors. *Id.* Then the Court may grant compassionate release only if the defendant shows that "extraordinary and compelling reasons warrant such a reduction." and the reduction is "consistent with applicable policy statements" issued by the U.S.

Sentencing Commission. *Id.*; *United States v. Rodriguez*, 424 F. Supp. 3d 674, 680 (N.D. Cal. 2019). The defendant bears the burden of establishing that extraordinary and compelling reasons exist to justify compassionate release. *See United States v. Greenhut,* 2020 WL 509385, at *1 (C.D. Cal. Jan. 31, 2020) (citing *United States v. Sprague*, 135 F.3d 1301, 1306-07 (9th Cir. 1998)).

## ANALYSIS

Thirty days have passed since Nielson submitted his request for compassionate release to the Warden of FPC Yankton, which was denied. Therefore, he has exhausted his remedies under § 3582(c)(1)(A) and his motion is ripe for consideration.

The § 3553(a) factors do not warrant a reduction of Nielson's sentence. Nielson was arrested for possessing large quantities of methamphetamine, cocaine, and heroin. During his first encounter with police he was in possession of an assault rifle and directed a codefendant to dispose of drugs. He has served 55 months of his 97-month sentence. While Nielson is to be commended for his performance while in prison, this does not change the § 3553(a) analysis. Further, considering the nature of Nielson's crime and his general good health the Court cannot find that Nielson would not be a danger to society if released.

Nielson has also not demonstrated extraordinary and compelling reasons

**MEMORANDUM DECISION AND ORDER - 3**

warranting his release. He is 39 years old. His health conditions put him at an increased risk of severe symptoms, or complications, if he contracts COVID. However, FPC Yankton has no active cases of COVID-19 and BOP is actively administering the COVID-19 vaccine to prisoners. Accordingly, the Court will deny Nielson's motions.

## ORDER

**IT IS ORDERED** that Jerod Nielson's Motions for Compassionate Release (Dkt. 122, 124) are **DENIED.**

DATED: February 12, 2021

_____
B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 4**